UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          - against -

JUAN AMAYA-RAMIREZ,

                    Defendant.
-------------------------------------------------------------------X

20-cr-228 (LDH)

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

      United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated: September 6, 2024

Breon Peace
United States Attorney, E.D.N.Y.

Juan Amaya-Ramirez
Defendant

Jonathan Siegel
Michael W. Gibaldi
Anna L. Karamigios
Assistant United States Attorneys

Richard Palma
Lisa Scolari
Counsel to Defendant

Dated: September 6, 2024

JOSEPH A. MARUTOLLO
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                   20-cr-228 (LDH)

       - against -

OSCAR FLORES-MEJIA,

                Defendant.

------------------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

      United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated: September 6, 2024

Breon Peace
United States Attorney, E.D.N.Y.

*OM FM*
Oscar Flores-Mejia
Defendant

*[signature]*
Jonathan Siegel
Michael W. Gibaldi
Anna L. Karamigios
Assistant United States Attorneys

*[signature]*
Celia Cohen
Counsel to Defendant

Dated: September 6, 2024

*Joseph A. Marutollo*
JOSEPH A. MARUTOLLO
United States Magistrate Judge